IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:06CR402 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| JUAN PADILLA-MIRANDA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the government's unopposed Motion to Continue Trial [25]. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the government's Motion to Continue trial [25] is granted as follows:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, May 29, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Because this is a criminal case, the defendant must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. The ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the filing of the motion, the time between **March 21, 2007 and May 29, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge