FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 MAY -9 PM 12: 38

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR402 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN PADILLA-MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR RULE 17(c) SUBPOENA

This matter came before the Court on the motion of the United States requesting authorization for the issuance of a subpoena under Rule 17(c) of the Federal Rules of Criminal Procedure. The Court finds that the request is reasonable in that it seeks known evidentiary records the production of which in advance of hearing will enable both parties to more fully prepare for hearing.

IT IS THEREFORE ORDERED: that the Government's motion (Filing No. ____) is granted. The United States shall issue a subpoena duces tecum to Bank of the West in Omaha, Nebraska, with a production date no later than May 18, 2007.

IT IS FURTHER ORDERED: that the documents may be produced at the offices of the United States Attorney for the District of Nebraska provided that the United States makes such records immediately available to the defendant.

IT IS FURTHER ORDERED: that the Motion (Filing No. ____) of the United States shall be sealed.

Dated this 8 day of May, 2007.

LAURIE SMITH CAMP
United States District Court