IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR402 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN PADILLA-MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Plaintiff's motion requesting permission to file under seal its Notice of Intent to Introduce Evidence Pursuant to Fed. Rule of Evidence 902(11) (Filing No. 35).

IT IS ORDERED:

1. The Plaintiff's motion requesting permission to file under seal its Notice of Intent to Introduce Evidence Pursuant to Fed. Rule of Evidence 902(11) (Filing No. 35) is granted; and

2. The document in question shall be filed under seal.

DATED this 14th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge