## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO: 8:06CR402** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JUAN PADILLA-MIRANDA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 81) to withdraw his previously filed Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 72).

IT IS ORDERED:

1.   The Defendant's motion to withdraw (Filing No. 81) is granted;

2.   The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 72) is withdrawn; and

3.   The Clerk is directed to mail a copy of this memorandum and order to the Defendant at his last known address.

DATED this 31st day of March, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge